# IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE # 3:13-00120 |
| ) | JUDGE CAMPBELL |
| MIGUEL ÁNGEL GARCÍA NAVARRO, ) | |
|       Defendant. ) | |

## AGREED ORDER OF SUBSTITUTION

It appearing to this Honorable Court that it is the best interest of the Defendant that this order enter, whereby present appointed counsel for the Defendant, James O. Martin, shall be permitted to withdraw from further representation on behalf of the Defendant, and by agreement, Mr. Michael A. Colavecchio, shall be substituted as retained attorney of record on Defendant's behalf; and, upon the entire record herein, the Court finds that it is hereby

ORDERED, ADJUDGED and AGREED that James O. Martin shall be permitted to withdraw as counsel for the Defendant.

It is further ORDERED, ADJUDGED and AGREED that Mr. Michael A. Colavecchio shall be substituted as counsel on behalf of the Defendant.

ENTER this the _____ day of July, 2013.

                                                  */s/ Todd Campbell*
                                    **HONORABLE JUDGE TODD J. CAMPBELL**

APPROVED FOR ENTRY:


 s/ *James O. Martin*
James O. Martin (BPR#018104)
Former Attorney for Defendant Navarro
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 260-1007


 s/ *Michael A. Colavecchio*
MICHAEL A. COLAVECCHIO (#018355)
Attorney for Defendant
Colavecchio & Colavecchio PLLC
306 Gay Street, Suite 104
Nashville, Tennessee 37201
(615) 242-3333

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Agreed Order has been served, by filing with the clerk of the court via the CM/ECF system, which will send a Notice of Electronic Filing upon the Defendant's former attorney of record, Mr. James O. Martin, 414 Union Street, Suite 904, Nashville, Tennessee 37219, and to Mr. Harold B. McDonough, Assistant United States Attorney of the Office of the United States Attorney, at 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203, on this the 23rd   day of July, 2013.


 s/ *Michael A. Colavecchio*
MICHAEL A. COLAVECCHIO