UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00120 |
| | ) | JUDGE CAMPBELL |
| BENITO RAYO ROSAS, | ) | |
| MIGUES ANGEL GARCIA NAVARRO, and | ) | |
| CUAUHTEMOC SARAFIN-BENITIZ | ) | |

ORDER

Pending before the Court is a Motion of the United States to Dismiss Asset From Forfeiture Allegation in Indictment (Docket No. 56). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE